# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Tara Brown,

    Plaintiff,

v.

Abubakar Atiq Durrani, *et al*.,

    Defendants.

Case No. 1:18cv785

Judge Michael R. Barrett

## ORDER

This matter is before the Court upon the Motion for Reconsideration of this Court's Order denying the Motion for Judgment on the Pleadings filed by Defendants, Abubakar Atiq Durrani, M.D. ("Durrani") and Center for Advanced Spine Technologies, Inc. ("CAST"). (Doc. 35).

In their Motion, Defendants seek reconsideration of this Court's Order that Plaintiff's claim is not barred by Ohio's statute of repose, Ohio Revised Code § 2305.113(C). However, as this Court explained in ruling on Defendants' Motion for Summary Judgment (Doc. 40), Ohio Revised Code § 2305.15(A) tolls the limitations period contained in Ohio Revised Code 2305.113(C). Therefore, the Motion for Reconsideration filed by Defendants, Durrani and CAST (Doc. 35) is **DENIED**.

    **IT IS SO ORDERED.**

                                        */s/ Michael R. Barrett*
                                        JUDGE MICHAEL R. BARRETT